Chester Sum Wong, Plaintiff-Appellant, v. George Hazard and Charles Hazard, d/b/a George Hazard and Son, Defendants-Appellees.

Gen. No. 47,965.

First District, Second Division.

May 24, 1960.

Reversed and remanded. Irving Block, of Chicago, for appellant; Sidney Mintz, of Chicago, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.